IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-149-MOC-DCK

| ANDRE ANTONIO DAVIS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BRIDGESTONE CORPORATION, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion to Compel" (Document No. 11) filed August 27, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

*Pro se* Plaintiff's instant motion does not comply with the requirements of Local Rule 7.1, and the undersigned is uncertain exactly what relief he seeks. However, the undersigned's staff has been in touch with the Clerk's Office, which is investigating whether another summons needs to be issued in this case. If necessary, Plaintiff may file a revised motion that complies with the Local Rules and provides a better explanation for the relief he seeks.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion to Compel" (Document No. 11) is **DENIED WITHOUT PREJUDICE**.

Signed: August 30, 2021

David C. Keesler
United States Magistrate Judge