UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-149-MOC-DCK

| | |
|---|---|
| ANDRE ANTONIO DAVIS, ) | |
| ) | |
| **Plaintiff, pro se,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRIDGESTONE CORP., et al., ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** comes before the Court on its own motion following Plaintiff's failure to file an Amended Complaint by the Court's deadline of September 17, 2021. See (Doc. No. 16). The Court will give Plaintiff ten days in which to either file the Amended Complaint or to otherwise respond to this Court.

The Court further reminds Plaintiff of this Court's Order in Davis v. Microsoft, 3:21cv177, in which the Court warned Plaintiff that if he continues to file frivolous and meritless lawsuits, the Court will not hesitate to institute a pre-filing injunction against Plaintiff, along with hefty monetary sanctions.

Although the Court makes no findings as to the merits of this action, Plaintiff may certainly file a voluntary dismissal of this action rather than filing an Amended Complaint if he decides not to continue prosecuting this action.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff has ten days to file an Amended Complaint. He also can file a Motion for Voluntary Dismissal if he no longer wishes to prosecute this action.

1

2. If Plaintiff does not file an Amended Complaint or otherwise respond to the Court's Order, this Court will dismiss this action without prejudice for failure to prosecute and without further notice to Plaintiff.

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge