UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-149-MOC-DCK

| | |
|---|---|
| ANDRE ANTONIO DAVIS, ) | |
| ) | |
| **Plaintiff, pro se,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRIDGESTONE CORP., et al., ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** comes before the Court on its own motion following Plaintiff's failure to file an Amended Complaint or to otherwise respond by the Court's ten-day deadline. In the Court's Order dated December 7, 2021, the Court specifically warned Plaintiff as follows: "If Plaintiff does not file an Amended Complaint or otherwise respond to the Court's Order, this Court will dismiss this action without prejudice for failure to prosecute and without further notice to Plaintiff." (Doc. No. 17).

Plaintiff has neither filed an Amended Complaint nor responded to the Court's Order, and the time to do so has passed. Therefore, the Court **DISMISSES** this action without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED**.

Signed: January 7, 2022

Max O. Cogburn Jr
United States District Judge